

# NUMBER 13-09-00451-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN RE: CNH CAPITAL AMERICA, LLC

### On Petition for Writ of Mandamus

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza and Vela
### Memorandum Opinion Per Curiam[1]

Relator, CNH Capital America, LLC, filed a petition for writ of mandamus by which it requests that this Court direct respondent, the Honorable Arnoldo Cantu, Jr., presiding judge of County Court at Law No. 5 of Hidalgo County, Texas, to vacate his July 16, 2009 order denying relator's plea to the jurisdiction in trial court cause number CI-09-1097-E.

This Court, having examined and fully considered relator's petition, is of the opinion that relator has not shown itself entitled to the relief sought and the petition should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, the petition for writ of mandamus is DENIED.

PER CURIAM

Memorandum Opinion delivered and
filed this the 18th day of August, 2009.

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions), 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so.").